UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LENNY A. ELLSWORTH,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-0344-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 29 day of December, 2010.

                        JAMES R. LARSEN
                        District Court Executive/Clerk


                by:   s/Pamela A. Howard
                           Deputy Clerk

cc: all counsel